UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  22 CR 106 (PKC)

       -against-                                ORDER

GERARDO MANUEL CHECO NUNEZ,

               Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Expedited sentencing for Mr. Nunez is scheduled on July 28, 2022 at 4:00 p.m. in Courtroom 11D.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
          May 18, 2022